

**FILED**
**8/12/2024**
**KSR**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:24-cr-00377
Judge Thomas M. Durkin
Magistrate Judge Beth W. Jantz
RANDOM/CAT.3

**FELONY**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

| Name | Issue Arrest Warrant | In Custody |
|---|---|---|
| Lewis A. Lacey | No | No |

Is this an indictment or information arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter? **No**

Is this an indictment or information that supersedes one or more previously filed indictments or informations? **No**

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois? **No**

Does this indictment or information charge 15 defendants or more? **No**

Does this indictment or information charge between 8-14 defendants, or charge Capital murder? **No**

What is the most severe level of offense/penalty in this indictment or information? **Other Fraud (III)**

Does the indictment or information charge a felony offense? **Yes**

List of Statutes: **Title 18, United States Code, Section 152(3), 157(1), 157(2), 157(3), 1623(a)**

Assistant United States Attorney(s): **SAUSA Brian P. Netols and AUSA Jason Julien**

Contact Person and Phone Number: **SAUSA Brian P. Netols (312) 353-4128**