# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:24−cr−00377
Honorable Thomas M. Durkin

Lewis A Lacey

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 14, 2024:

MINUTE entry before the Honorable Beth W. Jantz as to Lewis A Lacey: The matter is set for an Initial Appearance and Arraignment before Magistrate Judge Jantz on 8/15/2024 at 4:00 p.m. in courtroom 1812. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.